# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| THANH TRI TA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-25-1256-PRW |
| | ) |
| U.S. IMMIGRATION CUSTOMS AND ENFROCEMENT, | ) |
| | ) |
| Respondent. | ) |

## ORDER

In accordance with the Court's Order entered this date, Plaintiff's Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS SO ORDERED** this 26th day of February 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1